

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

SUVARNA SAMPALE
*Senior Counsel*
phone: (212) 356-2332
fax: (212) 356-3509
ssampale@law.nyc.gov

May 20, 2015

**BY E.C.F.**
The Honorable Roanne L. Mann
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:  Bryan Brunache v. City of New York, et al.
      1:14-CV-06189 (FB)(RLM)

Your Honor:

I am Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for the Defendant City of New York in the above-referenced matter.  The City writes to respectfully advise the Court that it forwarded settlement paperwork memorializing the terms of the parties' agreement to plaintiff's counsel for execution on April 28, 2015 and subsequently contacted plaintiff's counsel for a return of these documents on multiple occasions thereafter.

However, plaintiff's counsel has not provided the executed settlement documents to the City.  Furthermore, despite repeated requests plaintiff's counsel has not requested an enlargement of time to file the Stipulation of Discontinuance.  The City will file a Stipulation of Discontinuance in this matter pursuant to this Court's April 13, 2015 Order as soon as it receives the executed settlement work from the plaintiff.

2

        Should Your Honor have any questions or concerns in this regard, the City will make itself available at the Court's convenience for a conference.

        Respectfully Submitted,
        /s/
        Suvarna Sampale
        Senior Counsel

cc: **By E.C.F.**
    Robert Marinelli, Esq., *Attorney for Plaintiff*