UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BRYAN BRUNACHE,

                    **Plaintiff,**                    **ORDER TO SHOW CAUSE**

         -against-                        14-CV-6189 (FB)

THE CITY OF NEW YORK, et al.,

                    **Defendants.**
------------------------------------------------------------x

ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:

       Plaintiff and plaintiff's counsel are directed to show cause, in person, on June 26, 2015, at 10:00 a.m., in Courtroom 13C-S, (1) why they should not be sanctioned for continuing to ignore this Court's orders, see Electronic Orders dated 4/13/15 and 5/20/15; Letter re Stipulation of Discontinuance, Electronic Case Filing Docket Entry #8; and/or (2) why the case should not be dismissed for lack of prosecution.

       **SO ORDERED.**

Dated:    **Brooklyn, New York**
         **June 19, 2015**

                           /s/ *Roanne L. Mann*
                           **ROANNE L. MANN**
                           **UNITED STATES MAGISTRATE JUDGE**